# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

|  |  |
|---|---|
| Michelle Pettet, | : |
|  | : |
|  | : Civil Action No.: 1:15-cv-01386 |
| Plaintiff, | : |
| v. | : |
|  | : |
| Revenue Management Consulting Group, LLC d/b/a Pinnacle Asset Management; and DOES 1-10, inclusive, | : |
|  | : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITHOUT PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

Michelle Pettet ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 26, 2016

                        Respectfully submitted,

                        PLAINTIFF, Michelle Pettet

By: */s/ Sergei Lemberg*
    Sergei Lemberg, Esq.
    LEMBERG LAW, L.L.C.
    43 Danbury Road, 3rd Floor
    Wilton, CT 06897
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2016, a true and correct copy of the foregoing was sent via First Class mail, postage prepaid, to the parties listed below:

Revenue Management Consulting Group, LLC
d/b/a Pinnacle Asset Management
2271 Lava Ridge Court, Suite 200
Roseville, California 95661

By  /s/ Sergei Lemberg
Sergei Lemberg, Esq.